**ORIGINAL**

**FILED**

OCT 15 2014

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| SIERRA NEVADA CORPORATION ) | |
| ) | |
| Plaintiff, ) | Case No. 14- 994C |
| ) | |
| v. ) | Judge _____ |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Sierra Nevada Corporation is privately held by individuals. There is no parent corporate entity that owns 10% or more of Sierra Nevada Corporation's stock.

Dated: October 15, 2014

Respectfully submitted,

By: _____
Neil H. O'Donnell (Counsel of Record)
Dennis J. Callahan

ROGERS JOSEPH O'DONNELL, P.C.
750 9th Street, NW Suite 710
Washington, DC 20001
Tel: (202) 777-8950
Fax: (202) 347-8429
Email: nodonnell@jo.com

*Attorneys for Plaintiff Sierra Nevada Corporation*

354677.1

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| v. ) | Judge _____ |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 15th day of October, 2014, copies of (1) the Complaint, (2) Plaintiff's Application for a Temporary Restraining Order, (3) Proposed Temporary Restraining Order, (4) Motion for a Preliminary Judgment and Injunction Relief, (5) Proposed Order Granting Preliminary Injunction, (6) Proposed Order Granting Declaratory Judgment (7) Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction, (8) Plaintiff's Corporate Disclosure Statement, and (9) Plaintiff's Motion For Leave To File Documents Under Seal and Motion For A Protective Order on the following counsel:

    A.    For the United States, the Dept. of Justice Commercial Litigation Branch;

    B.    For the contracting agency, NASA, Karen M. Reilley;

354467.1

C.  For awardee SpaceX, Rick Vacura; and

D.  For awardee Boeing, Scott McCaleb.

Dated: October 15, 2014                Respectfully submitted,

By: _____
Neil H. O'Donnell
Dennis J. Callahan

ROGERS JOSEPH O'DONNELL, P.C.
750 Ninth Street NW, Suite 710
Washington, DC 20001
Tel: (202) 777-8950
Fax: (202) 347-8429

Counsels for Plaintiff Sierra Nevada
Corporation

354467.1