IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14-994C Judge Horn |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Daniel S. Herzfeld_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Daniel S. Herzfeld
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

    s/Daniel S. Herzfeld
DANIEL S. HERZFELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0344
Facsimile: (202) 514-8640
Email: Daniel.S.Herzfeld@usdoj.gov

Dated: October 15, 2014