# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
SIERRA NEVADA CORPORATION,          *
                                    *
                Plaintiff,          *
                                    *
v.                                  *   No. 14-994C
                                    *   Filed: October 15, 2014
UNITED STATES,                      *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

    The court is in receipt of the plaintiff's post-award bid protest in the above captioned case. In order to discuss the protest, the court **SCHEDULES** an initial hearing for **Friday, October 17, 2014, 10:00 a.m., EDT** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom will be posted on the day of the argument. The parties shall consult prior to the hearing and be prepared to discuss the issues, and to propose to the court how to proceed in the case, accompanied by a proposed time line. Defendant shall notify any potential intervenors about the bid protest and the initial hearing.

    **IT IS SO ORDERED**.

                                                     s/Marian Blank Horn
                                                   **MARIAN BLANK HORN**
                                                             **Judge**