**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

|  |  |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **No. 14-994 C** |
| v. ) | |
| ) | **Judge Marian Blank Horn** |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant.* ) | |

**THE BOEING COMPANY'S UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), The Boeing Company ("Boeing"), respectfully moves to intervene in the above-captioned case.  Boeing seeks to intervene to protect its rights as an awardee of the contract protested in this action by Sierra Nevada Corporation ("SNC").  The contract at issue is for the second phase of the two-phased procurement strategy to develop a U.S. commercial crew space transportation capability to and from the International Space Station.

Counsel for Boeing has conferred with counsel for the United States, counsel for SNC, and counsel for co-movant Defendant-Intervenor Space Exploration Technologies, Corp., who each have authorized Boeing to represent that they do not oppose this Motion.

The grounds supporting Boeing's intervention are set forth in the accompanying Memorandum in Support of The Boeing Company's Unopposed Motion to Intervene.

Respectfully submitted,

s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-3193 (O)
(202) 719-7049 (F)
smccaleb@wileyrein.com
*Counsel of Record for Movant-Interested Party,
The Boeing Company*

*Of counsel:*
Paul F. Khoury
Jon W. Burd
Samantha S. Lee
Gary S. Ward
WILEY REIN LLP

Dated:  October 16, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused copies of the foregoing to be served on the following in accordance with the electronic-filing procedures established by this Court:

>Daniel S. Herzfeld, Esq.
>U.S. Department of Justice – Civil Division
>1100 L Street, N.W.,
>Washington, DC 20005
>*Counsel for Defendant United States of America*
>
>Neil H. O'Donnell
>Rogers Joseph O'Donnell
>750 9th Street NW, Suite 710
>Washington, DC 20001
>*Counsel for Plaintiff Sierra Nevada Corporation*
>
>Richard Vacura
>Morrison & Foerster LLP
>1650 Tysons Boulevard
>Suite 400
>McLean, VA 22102-4220
>*Counsel for Interested Party, Space Exploration Technologies Corp.*

>s/ Scott M. McCaleb
>Scott M. McCaleb
>WILEY REIN LLP
>1776 K Street, N.W.
>Washington, DC  20006
>(202) 719-3193 (O)
>(202) 719-7049 (F)
>smccaleb@wileyrein.com
>*Counsel of Record for Movant-Interested Party,*
>*The Boeing Company*

Dated:  October 16, 2014

3