# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| *Plaintiff,* ) | **No. 14-994 C** |
| ) | |
| v. ) | |
| ) | **Judge Marian Blank Horn** |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), The Boeing Company, has moved to intervene in this action. Having considered its Motion, as well as all other relevant materials, including the absence of opposition by all parties, it is hereby

ORDERED that The Boeing Company's Unopposed Motion to Intervene be and hereby is GRANTED.

_____
Judge

Dated: October \_\_, 2014