IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| SIERRA NEVADA CORPORATION, ) | |
| ) | |
| *Plaintiff,* ) | No. 14-994 C |
| ) | |
| v. ) | |
| ) | **Judge Marian Blank Horn** |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant.* ) | |

### RULE 7.1 FINANCIAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Defendant-Intervenor, The Boeing Company, advises the Court that there is no parent corporation or any other publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/ Scott M. McCaleb
Scott M. McCaleb
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-3193 (O)
(202) 719-7049 (F)
smccaleb@wileyrein.com
*Counsel of Record for Movant-Interested Party,
The Boeing Company*

*Of counsel:*
Paul F. Khoury
Jon W. Burd
Samantha S. Lee
Gary S. Ward
WILEY REIN LLP

Dated:  October 16, 2014

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused copies of the foregoing to be served on the following in accordance with the electronic-filing procedures established by this Court:

>Daniel S. Herzfeld, Esq.
>U.S. Department of Justice – Civil Division
>1100 L Street, N.W.,
>Washington, DC 20005
>*Counsel for Defendant United States of America*
>
>Neil H. O'Donnell
>Rogers Joseph O'Donnell
>750 9th Street NW, Suite 710
>Washington, DC 20001
>*Counsel for Plaintiff Sierra Nevada Corporation*
>
>Richard Vacura
>Morrison & Foerster LLP
>1650 Tysons Boulevard
>Suite 400
>McLean, VA 22102-4220
>*Counsel for Interested Party, Space Explorations Technologies Corp.*

>>s/ Scott M. McCaleb
>>Scott M. McCaleb
>>WILEY REIN LLP
>>1776 K Street, N.W.
>>Washington, DC  20006
>>(202) 719-3193 (O)
>>(202) 719-7049 (F)
>>smccaleb@wileyrein.com
>>*Counsel of Record for Movant-Interested Party, The Boeing Company*

Dated:  October 16, 2014