IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| SIERRA NEVADA CORPORATION. | ) | Civil Action No. 14-994C |
| | ) | |
| Plaintiff, | ) | **Judge Marian Blank Horn** |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT-INTERVENOR'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel for Space Exploration Technologies Corp. ("SpaceX") in the above-captioned action certifies that SpaceX has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED:  October 17, 2014

                                    Respectfully submitted,

                                     /s/ Richard J. Vacura
                                    Richard J. Vacura
                                    MORRISON & FOERSTER LLP
                                    1650 Tysons Blvd., Suite 400
                                    McLean, VA 22102
                                    (703) 760-7764
                                    (703) 760-7777 (fax)
                                    rvacura@mofo.com

                                    *Counsel of Record for Space Exploration Technologies Corp.*

Of Counsel:

Pablo A. Nichols
MORRISON & FOERSTER LLP
425 Market St.,
San Francisco, CA 94105-2482
(415) 268-6653
pnichols@mofo.com


Steven W. Cave
Catherine L. Chapple
MORRISON & FOERSTER LLP
1650 Tysons Blvd., Suite 400
McLean, VA 22102
(703) 760-7763
scave@mofo.com
cchapple@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing SpaceX's Rule 7.1 Disclosure Statement was served this 17th day of October 2014 on the following:

Daniel S. Herzfeld, Esq.
U.S. Department of Justice – Civil Division
1100 L Street, N.W.,
Washington, DC 20005
*Counsel for Defendant United States of America*

Neil H. O'Donnell
Rogers Joseph O'Donnell
750 9th Street NW, Suite 710
Washington, DC 20001
*Counsel for Plaintiff Sierra Nevada Corporation*

Scott M. McCaleb
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
*Counsel for Interested Party, The Boeing Company*

　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Vacura
　　　　　　　　　　　　　　　　　　　　Richard Vacura
　　　　　　　　　　　　　　　　　　　　Morrison & Foerster LLP
　　　　　　　　　　　　　　　　　　　　1650 Tysons Boulevard
　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　McLean, VA 22102-4220
　　　　　　　　　　　　　　　　　　　　*Counsel of Record for Space Exploration Technologies, Corp.*