# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
SIERRA NEVADA CORPORATION,          *
                                    *
            Plaintiff,              *
                                    *
v.                                  *   No. 14-994C
                                    *   Filed: October 17, 2014
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

On October 17, 2014, the court held a hearing in the above captioned protest. As discussed at the hearing, the motions to intervene for the Boeing Company and Space Explorations Technologies Corp. are **GRANTED**. As further discussed at the hearing, given the urgency to resolve the override issue, the court sets the following schedule. On or before **Monday, October 20, 2014, 12:00 p.m., EDT**, the parties shall file their submissions on the override. Included with their submissions shall be copies of any relevant documents the parties believe are necessary to resolve the override issue. In order to discuss the override and the parties' filings, the court **SCHEDULES** a hearing for **Tuesday, October 21, 2014, 2:30 p.m., EDT** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom will be posted on the day of the argument.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**