FORM 9
APPLICATION FOR ACCESS TO INFORMATION UNDER
PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (BID PROTEST)

| | |
|---|---|
| SIERRA NEVADA CORPORATION. ) | Civil Action No. 14-994C |
| ) | |
| Plaintiff, ) | **Judge Marian Blank Horn** |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, Steven W. Cave, hereby apply for access to protected material covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of Morrison & Foerster LLP and have been retained to represent Space Exploration Technologies Corporation, a party to this proceeding.

3. I am [ ] am not [X] a member of the bar of the United States Court of Federal Claims (the court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of the legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to material disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: None.

6. I identify here (by writing "none" or listing names, positions, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order: None.

va-436721

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances within the last 5 years in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal: <u>None.</u>

8. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected material filed or produced in connection with the proceeding.

9. I acknowledge that any violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

CERTIFICATION

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

_/Steven Cave/_  
Signature of Attorney

10/17/2014  
Date Executed

Steven W. Cave, Associate  
Typed Name and Title

(703) 760-7308, (703) 760-7777  
Telephone Number & Facsimile Numbers

scave@mofo.com  
E-mail address

_/Richard J. Vacura/_  
Signature of Attorney of Record

10/17/14  
Date Executed

Richard J. Vacura  
Typed Name and Title

(703) 760-7764, (703) 760-7777  
Telephone Number & Facsimile Numbers

rvacura@mofo.com  
E-mail address