# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                  *
SIERRA NEVADA CORPORATION,        *
                                  *
        Plaintiff,                *
                                  *   No. 14-994C
v.                                *   Filed: October 21, 2014
                                  *
UNITED STATES,                    *
                                  *
        Defendant.                *
                                  *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

On October 21, 2014, the court held a hearing in the above captioned protest. Given the urgency to resolve the override issue, the court provided the parties with a verbal decision declining to overrule the override.

      **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
